**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| WEBVENTION LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:10-cv-410 |
| | § | |
| | § | **JURY TRIAL DEMANDED** |
| ADIDAS AMERICA INC.; | § | |
| AMERICAN EAGLE OUTFITTERS, INC.; | § | |
| BARNES & NOBLE, INC.; | § | |
| BIOGEN IDEC INC.; | § | |
| CLEAR CHANNEL; | § | |
| COACH; | § | |
| COCA-COLA COMPANY; | § | |
| COGNIZANT TECHNOLOGY | § | |
| SOLUTIONS; | § | |
| DEUTSCHE BANK; | § | |
| DR PEPPER SNAPPLE GROUP, INC.; | § | |
| HARRIS CORPORATION; | § | |
| LG ELECTRONICS; | § | |
| MACY'S INC.; | § | |
| NISOURCE, INC.; | § | |
| NORTHERN TOOL & EQUIPMENT; | § | |
| OAKLEY; | § | |
| VALERO ENERGY CORPORATION; | § | |
| VARIAN MEDICAL SYSTEMS, INC.; | § | |
| WILLIAMS – SONOMA INC.; | § | |
| ZALES THE DIAMOND STORE | § | |
| | § | |
| Defendants. | § | |

## ORDER

In consideration of Plaintiff Webvention LLC's Motion for Dismissal of all claims without prejudice asserted against Defendant LG Electronics, the Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendant are hereby dismissed without prejudice.

It is ORDERED that this Court retains jurisdiction over this matter.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SO ORDERED.

**SIGNED this 19th day of November, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE