# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WEBVENTION LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:10-cv-410 |
| | § | |
| | § | **JURY TRIAL DEMANDED** |
| ADIDAS AMERICA INC.; | § | |
| AMERICAN EAGLE OUTFITTERS, INC.; | § | |
| BARNES & NOBLE, INC.; | § | |
| BIOGEN IDEC INC.; | § | |
| CLEAR CHANNEL; | § | |
| COACH; | § | |
| COCA-COLA COMPANY; | § | |
| COGNIZANT TECHNOLOGY | § | |
| SOLUTIONS; | § | |
| DEUTSCHE BANK; | § | |
| DR PEPPER SNAPPLE GROUP, INC.; | § | |
| HARRIS CORPORATION; | § | |
| LG ELECTRONICS; | § | |
| MACY'S INC.; | § | |
| NISOURCE, INC.; | § | |
| NORTHERN TOOL & EQUIPMENT; | § | |
| OAKLEY; | § | |
| VALERO ENERGY CORPORATION; | § | |
| VARIAN MEDICAL SYSTEMS, INC.; | § | |
| WILLIAMS – SONOMA INC.; | § | |
| ZALES THE DIAMOND STORE | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of Webvention, LLC's Notice of Dismissal With Prejudice of all claims between plaintiff, Webvention, LLC and defendant Varian Medical Systems, Inc., it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendant is hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 11th day of January, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE