**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| WEBVENTION LLC § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:10-cv-410 |
| § | |
| § | **JURY TRIAL DEMANDED** |
| ADIDAS AMERICA INC.; § | |
| AMERICAN EAGLE OUTFITTERS, INC.; § | |
| BARNES & NOBLE, INC.; § | |
| BIOGEN IDEC INC.; § | |
| CLEAR CHANNEL; § | |
| COACH; § | |
| COCA-COLA COMPANY; § | |
| COGNIZANT TECHNOLOGY § | |
| SOLUTIONS; § | |
| DEUTSCHE BANK; § | |
| DR PEPPER SNAPPLE GROUP, INC.; § | |
| HARRIS CORPORATION; § | |
| LG ELECTRONICS; § | |
| MACY'S INC.; § | |
| NISOURCE, INC.; § | |
| NORTHERN TOOL & EQUIPMENT; § | |
| OAKLEY; § | |
| VALERO ENERGY CORPORATION; § | |
| VARIAN MEDICAL SYSTEMS, INC.; § | |
| WILLIAMS – SONOMA INC.; § | |
| ZALES THE DIAMOND STORE § | |
| § | |
| Defendants. § | |

## NOTICE OF DISMISSAL

Plaintiff Webvention LLC ("Webvention"), pursuant to Fed. R. Civ. P. 41(a)(A)(1)(ii), hereby notifies the Court of its dismissal of all claims in this action between Webvention and Defendant Dr. Pepper Snapple Group, Inc., WITH PREJUDICE, with each party to bear its own costs, expenses and attorney's fees.

Dated: January 20, 2011                      Respectfully Submitted,

**WEBVENTION LLC**

By:  /s/ William E. Davis, III
William E. Davis III
Texas State Bar No. 24047416
**The Davis Firm, PC**
111 West Tyler Street
Longview, Texas  75601
Phone:  903-230-9090
Fax:  903-230-9661

Eric M. Albritton
Texas State Bar No. 00790215
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75601
Telephone: (903) 757-8449
Facsimile: (903) 758-7397
Email: ema@emafirm.com

**ATTORNEYS FOR PLAINTIFF
WEBVENTION LLC**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 20th day of January, 2011.