**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| WEBVENTION LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:10-cv-410 |
| | § | |
| ADIDAS AMERICA INC., et al. | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendants. | § | |

**ORDER**

Having considered Plaintiff Webvention LLC ("Webvention") and Defendant Coach, Inc.'s ("Coach") Joint Motion to Dismiss based on the settlement of claims between Webvention and Coach, the Court finds that good cause exists for granting the motion. The Joint Motion to Dismiss is GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted by Webvention against Coach are hereby dismissed with prejudice and all pending motions between the parties are denied as moot.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SO ORDERED.

**SIGNED this 4th day of April, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE