# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WEBVENTION LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:10-cv-410 |
| | § | |
| ADIDAS AMERICA INC., et al. | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendants. | § | |

## ORDER

In consideration of Plaintiff Webvention LLC's Motion for Dismissal of all claims with prejudice asserted against defendant Harris Corporation, the Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendant is hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "SETTLEMENT AGREEMENT" dated March 25, 2011.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SO ORDERED.

SIGNED this 4th day of April, 2011.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE