# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WEBVENTION LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:10-cv-410 |
| | § | |
| ADIDAS AMERICA INC., et al. | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendants. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Webvention LLC ("Webvention") and Defendant Biogen Idec Inc. ("Biogen") have settled the claims asserted between them. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), Webvention hereby moves the Court to dismiss with prejudice all claims asserted by Webvention against Biogen and deny all pending motions as moot between the parties, subject to the terms of that certain agreement dated May 26, 2011, with each party to bear its own costs, expenses and attorneys fees.

Dated: June 28, 2011

**BIOGEN IDEC INC.**

By: /s/ Jennifer Parker Ainsworth
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
**Wilson, Robertson & Cornelius, P.C.**
P.O. Box 7339
Tyler, Texas 75711
Telephone: (903) 509-5000
Facsimile: (903) 509-5092
Email: jainsworth@wilsonlawfirm.com

**ATTORNEY FOR DEFENDANT
BIOGEN IDEC INC.**

Respectfully Submitted,

**WEBVENTION LLC**

By: /s/ William E. Davis, III
William E. Davis III
Texas State Bar No. 24047416
**The Davis Firm, PC**
111 West Tyler Street
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
Email: bdavis@bdavisfirm.com

Eric M. Albritton
Texas State Bar No. 00790215
Stephen E. Edwards

        Texas State Bar No. 0784008  
        Debra Coleman  
        Texas State Bar No. 24059595  
        **Albritton Law Firm**  
        P.O. Box 2649  
        Longview, Texas 75606  
        Telephone: (903) 757-8449  
        Facsimile: (903) 758-7397  
        Email: ema@emafirm.com  
        Email: see@emafirm.com  
        Email: drc@emafirm.com  

        **ATTORNEYS FOR PLAINTIFF**  
        **WEBVENTION LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 28th day of June, 2011.

        /s/ William E. Davis, III  
        William E. Davis, III