IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WEBVENTION LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:10-cv-410 |
| | § | |
| ADIDAS AMERICA INC., et al. | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendants. | § | |

## ORDER

Having considered Plaintiff Webvention LLC ("Webvention") and Defendant Oakley, Inc.'s ("Oakley") Joint Motion to Dismiss based on the settlement of claims between Webvention and Oakley, the Court finds that good cause exists for granting the motion. The Joint Motion to Dismiss is GRANTED. It is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted by Webvention against Okaley and all claims and counterclaims asserted by Oakley against Webvention are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SO ORDERED.

**SIGNED this 2nd day of November, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE